# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
## (Kansas City Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            **Plaintiff,**<br><br>v.<br><br>ALFONZO COLE,<br><br>            **Defendant.** | Case No. 24-mj-01877-TJJ |

## CRIMINAL COMPLAINT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT 1

On or about July 2, 2024, in the District of Kansas, the defendant,

**ALFONZO COLE,**

by force, violence, and intimidation, took United States currency from the person and presence of G.M., an employee of the Bank of America, 900 Ohio Street, Lawrence Kansas (hereinafter "the bank"). That currency belonged to and was in the care, custody, control, management and possession of the bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a). I, Special Agent for the Federal Bureau of Investigation (FBI), Corey Stulce, the undersigned complainant / affiant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

I have been employed as a Special Agent (SA) with the FBI since January of 2024. In June of 2024, I was assigned to the Kansas City Division, Topeka Resident Agency Safe Streets Task

1

Force. My duties as a SA for the FBI, amongst other investigative responsibilities, involve investigating violations of federal law, including Title 18, United States Code, Section 2113, commonly known as Bank Robbery. The following is based on my own investigation and information provided to me by other law enforcement officers.

On July 2, 2024, at approximately 9:21 AM, Lawrence Police Department (LPD) Officers were dispatched to the Bank of America located at 900 Ohio Street, Lawrence, Kansas, on a report of a bank robbery in progress. The subject was described as an African American male, approximately 6'0"-6'5" in height, approximately 190-200 pounds, athletic build, medium dark to dark skin complexion, and having a higher pitched voice. The subject wore a black zip-up jacket with a hood, black pants with a white emblem on the left upper leg, a black ski mask or balaclava with red and yellow designs on it, sunglasses, blue gloves, and multi-colored shoes appearing to contain red, white, and black with red soles. The subject carried a black bag.

The robbery was captured on video surveillance by the Bank of America (900 Ohio Street, Lawrence, Kansas). Video surveillance and eye witnesses from the area located the subject traveling southbound from Bank of America (900 Ohio Street, Lawrence, Kansas) after the robbery occurred. LPD officers, along with other law enforcement agencies conducted a search of the area to locate the subject. The subject was not located at this time.

On July 2, 2024, FBI Task Force Officer (TFO) Ryan Padilla (TFO Padilla) and TFO Patrick Salmon (TFO Salmon) interviewed a witness identified as G.M. G.M. was working as a teller at teller station #1 in the main lobby of bank. Between the hours of 9:20 AM and 9:30 AM, G.M. reported she was assisting a customer of the bank at her teller station. G.M. observed a male subject walk into the main lobby of the bank through the southwest door. The subject walked to the area of teller station #3 and then approached behind the customer that G.M. was helping. G.M. believed that the subject attempted to open the gate to the secured area where the tellers were

2

located. The subject stated to G.M., "Give me all your money, don't push any buttons." The subject told G.M., "I'm not playing with you." G.M. reported the subject never entered behind the teller station counter to the secured area. G.M. pushed the security alarm when the subject went and spoke to the bank manager, identified as J.S. J.S. told G.M. to give the subject the money. G.M. gave the subject the United States currency from her teller drawer. G.M. estimated that it was approximately $3,000.00 in United States currency. G.M. reported the subject placed the United States currency into a black bag. G.M. described the black bag to be made of nylon material and described the black bag appeared that it could be pulled tight on one end of the bag. G.M. stated the inside material of the black bag appeared to have a satin material.



*SUBJECT entering Bank of America*

On July 2, 2024, FBI TFO Padilla and TFO Salmon interviewed a witness identified as J.M. J.M. worked as a United States Postal Service (USPS) mail carrier on July 2, 2024. At approximately 9:10 AM, J.M. traveled south on Ohio Street towards 10th Street, Lawrence, Kansas and observed an African American male described as approximately 6'5"-6'6" tall, wearing a ski-

3

mask with a logo on it, blue gloves, and a black hoodie near the Bank of America at 900 Ohio Street, Lawrence Kansas. J.M. observed the male "flexing" his hands.

On July 2, 2024, FBI TFO Padilla and TFO Salmon interviewed a witness identified as G.H. G.H. worked as a USPS mail carrier on July 2, 2024. At approximately 9:27 AM, G.H. parked his USPS delivery van in front of 1007 Tennessee Street, Lawrence, Kansas. G.H. was on the southeast corner of West 10th Street, Lawrence, Kansas when he heard heavy breathing to the west. G.H. observed an African American male running. G.H. described the subject wearing a hat or face covering, and sunglasses. G.H. believed that the subject looked familiar and believed to have seen the subject in that area previously.

G.H. observed the subject exit the alleyway in the 900 block of Tennessee Street (west alley) and continued running across West 10th Street into the alleyway of the 1000 block of Tennessee Street (west alley). G.H. lost visual of the subject between the houses on the west side of Tennessee Street, but believed the subject continued running southbound through the alleyway (1000 block of Tennessee Street/West alley).



*SUBJECT running south down the alley after the robbery*

On August 29, 2024, FBI TFO Padilla met with LPD Civilian Investigator Matthew Roberts (Roberts) at LPD Headquarters located at 5100 Overland Drive, Lawrence, Kansas. Civilian Investigator Roberts provided TFO Padilla with a copy of an aerial map that he created pertaining to a vehicle of interest that was observed driving near the Bank of America shortly before the robbery on July 2, 2024 at Bank of America, 900 Ohio Street, Lawrence, Kansas.

Civilian Investigator Roberts located the vehicle from two (2) different sources of surveillance footage from the following locations on July 2, 2024:

- Great Harvest Bakery and Cafe, 501 W. 9th Street, Lawrence, Kansas
- Lawrence Family Promise, 905 Tennessee Street, Lawrence, Kansas

Civilian Investigator Roberts reported after reviewing surveillance footage recovered from the Great Harvest Bakery and Café, he observed a vehicle consistent to a gold Ford Explorer traveling east bound in the 500 block of West 9th Street, Lawrence, Kansas at approximately 09:10:50 AM. The vehicle turned south into the 900 block of Ohio Street from West 9th Street. The Ford Explorer continued traveling south in the 900 block of Ohio Street, Lawrence, Kansas which is along the west side of Bank of America located at, 900 Ohio Street, Lawrence, Kansas.

Civilian Investigator Roberts reported after reviewing surveillance footage recovered from Lawrence Family Promise, he observed a vehicle consistent to a gold Ford Explorer (believed to be the same vehicle as observed from the Great Harvest Bakery and Cafe surveillance footage), traveling north bound in the alleyway between Ohio Street and Tennessee Street, Lawrence, Kansas. Civilian Investigator Roberts documented the time at approximately 09:12:00 AM. The Ford Explorer traveled on the east side of the Bank of America and was observed turning east bound onto West 9th from the alleyway.

Civilian Investigator Roberts documented the Ford Explorer traveling eastbound in the 400 block of West 9th Street before turning south into the 900 block of Tennessee Street, Lawrence, Kansas.

TFO Padilla watched LPD Officer Brady Fry's (Officer Fry) body worn camera (BWC) footage from July 2, 2024. The footage showed a gold Ford Explorer parked behind 1028 Ohio Street, Lawrence, Kansas. TFO Padilla observed Officer Fry contacting two (2) African American females who were outside of 1028 Ohio Street, Lawrence, Kansas. The two (2) African American females were later identified as:

- Dariscia Rose McCallister (McCallister)
- Shauna Shauntay Rodgers (Rodgers)

Officer Fry's mobile license plate reader (LPR) captured the license plate of the gold Ford Explorer (Kansas Registration: 991 RJD) at approximately 9:26:00 AM, parked behind 1028 Ohio Street, Lawrence, Kansas. Civilian Investigator Roberts identified the vehicle/license plate to be registered to McCallister.

Civilian Investigator Roberts observed the gold Ford Explorer registered to McCallister to be consistent to the gold Ford Explorer captured on surveillance footage from the Great Harvest Bakery and Cafe (501 W. 9th Street, Lawrence, Kansas) and Lawrence Family Promise (905 Tennessee Street, Lawrence, Kansas).

On September 5, 2024, your affiant, TFO Padilla and TFO Salmon conducted a follow up interview with Rodgers outside her residence (1028 Ohio Street, Apartment A, Lawrence, Kansas) pursuant to LPD's initial contact with Rodgers and McCallister on July 2, 2024. Investigators explained to Rodgers that law enforcement had developed information that the bank robbery suspect was last observed running towards the direction of her residence. Investigators further explained to Rodgers that we wanted to confirm the information she initially provided to LPD following the area canvass. Rodgers confirmed she and McCallister were together when they were initially contacted by LPD. At the time, Rodgers reported she had no additional information to provide to LPD pertaining to the bank robbery suspect. Investigators asked Rodgers if she had observed the surveillance images from the bank robbery that were publicly released through various media outlets. Rodgers stated she had not. Investigators provided Rodgers with the publicly accessible photographs, in which Rodgers stated, "That's a man wearing female glasses." Rodgers stated the subject did not look familiar to her.

.

Rodgers provided context of her relationship to McCallister. Rodgers considers McCallister as a sister, although not biological. Rodgers stated it is not uncommon for McCallister to spend time at her residence and reported McCallister is the only other person to have a key to her residence.

Rodgers identified McCallister to be married to Alfonzo Cole (COLE), who she knows to be, "Al." Rodgers advised she knew COLE to currently be working at Kentucky Fried Chicken. Rodgers identified McCallister to previously being employed as the general manager of the Wingstop (Lawrence, Kansas).

Rodgers confirmed on the date of July 2, 2024, McCallister was driving a tan Ford Explorer. Rodgers stated McCallister no longer has the vehicle, as the vehicle was repossessed. Rodgers stated McCallister and COLE have been going through financial hardships, and indicated McCallister and COLE were several months behind on rent.

In addition to the robbery investigation of the Bank of America, investigators were actively working two (2) separate burglary investigations that occurred in Lawrence, Kansas, in which COLE was a person of interest. The two (2) burglary investigations occurred at the following locations:

- Wingstop, 2233 Louisiana Street, Suite G, Lawrence, Kansas 66046. This burglary occurred on June 7, 2024, and is associated to LPD Case No. L24030450.
- CENEX/Mediterranean Market, 1000 W. 23rd Street, Lawrence, Kansas 66046. This burglary occurred on July 26, 2024, and is associated to LPD Case No. L24039774.

TFO Padilla showed Rodgers the video surveillance from Wingstop of the suspect entering the business. Rodgers watched the video and stated "Is that Al?... That looks like Al…Is that Wingstop?"



*Still image captured from video surveillance shown to Rodgers*

On September 6, 2024, SA Josh Bender, TFO Salmon and your affiant conducted a telephonic interview with Rodgers. Rodgers contacted the FBI to provide additional details pertaining to the bank robbery. On July 2, 2024, Rodgers confirmed she had two (2) interactions with law enforcement officers at her residence located at 1028 Ohio Street Lawrence, Kansas. Prior to her first interaction with law enforcement, COLE had arrived on foot at her residence at 1028 Ohio Street Lawrence, Kansas. COLE wore a white shirt, long camouflage green shorts, red and white shoes with red soles and carried a black bag. Rodgers identified COLE as McCallister's husband. Rodgers told COLE that he could not stay at her residence and he had to leave. Rodgers left her residence afterwards with McCallister and went to a Dillon's grocery store in Lawrence, Kansas. Rodgers believed the shoes that COLE wore the morning of July 2,

9

2024, at her residence, are consistent to the surveillance photographs of the subject's shoes worn during the commission of the robbery of Bank of America (900 Ohio Street Lawrence, Kansas). When McCallister arrived at Rodgers' residence to get her groceries, COLE had already left her residence.

Rodgers stated that she did not provide this information earlier because law enforcement officers did not ask her if anyone had come to her residence. Rodgers stated law enforcement only asked her if she observed a male, wearing all black clothing, running down the alley behind her residence. Rodgers further indicated she was not sure at the time of the interview with the FBI on September 5, 2024, that COLE was involved in the robbery of the Bank of America. Rodgers explained she had an idea that COLE was involved in the robbery of the Bank of America based on the surveillance photographs of the subject that were shown to her in the September 5, 2024 interview.

Rodgers stated COLE had also been employed with Berry Plastic in Lawrence, Kansas. Rodgers stated the photographs of the subject who committed the robbery of the Bank of America was wearing gloves consistent to the gloves that Berry Plastic issues their employees. Rodgers stated she had also previously been employed with Berry Plastic. Rodgers believed the gloves the subject was wearing at the time of the robbery of the Bank of America are gloves that could have come from Berry Plastic.

Rodgers described the black bag that COLE carried when he arrived at her residence the morning of July 2, 2024, as being, "balled up" and contained an unknown item inside. Rodgers' assumption, based on what she knows now, is that the black bag COLE was carrying could have

contained United States currency. Rodgers confirmed she did not see what was inside the black bag.

Rodgers also confirmed McCallister had been staying with her (Rodgers) at her residence at 1028 Ohio Street Lawrence, Kansas for multiple days, due to ongoing domestic disputes between McCallister and COLE.

Rodgers stated that the photographs of the robbery of the Bank of America on the "Love of Lawrence" social media page were shown to McCallister and McCallister responded that the subject in the photographs of the robbery to the Bank of America looked like COLE.

On September 9, 2024, TFO Padilla and TFO Salmon interviewed McCallister in reference to the burglaries and additional information pertaining to COLE and the robbery of the Bank of America. McCallister was read her *Miranda* rights by TFO Salmon and she agreed to speak with investigators. McCallister confirmed she and COLE are married and reside at 849 West 22nd Terrace, Lawrence, Kansas. McCallister advised she had been with COLE for over five (5) years and have been married for a little over one (1) year. McCallister stated she is currently staying at Rodgers' residence at 1028 Ohio Street, Apt. A, Lawrence, Kansas.

TFO Padilla and TFO Salmon showed McCallister a surveillance photograph from the burglary of Cenex Quick Stop located at 1000 W. 23rd Street, Lawrence, Kansas that occurred on July 26, 2024. McCallister could not identify the subject in the surveillance photograph. TFO Padilla and TFO Salmon showed two (2) surveillance images recovered from the video surveillance at Wingstop located at 2233 Louisiana Street, Lawrence, Kansas that occurred on June 7, 2024. Based on TFO Salmon's observations, McCallister clearly changed her physical body language and displayed an overly surprised reaction to the viewing of the surveillance

photographs related to the Wingstop burglary. Based on TFO Salmon's training and experience, McCallister's reaction after viewing the photographs would be consistent to a reaction of someone who could identify the suspect in the photographs. McCallister asked TFO Padilla and TFO Salmon if she could keep the photographs.,She was not allowed to do so. McCallister explained to investigators that she, along with investigators, knew who the subject in the photographs was, but McCallister would never identify the subject by name.

On September 9, 2024, law enforcement identified COLE as currently working at Kentucky Fried Chicken (KFC), located at 658 W. 23rd Street, Lawrence, Kansas. At this time, law enforcement had developed probable cause to apprehend COLE for the burglaries at the following locations:

- Wingstop, 2233 Louisiana Street, Suite G, Lawrence, Kansas 66046. This burglary occurred on June 7, 2024, and is associated to LPD Case No. L24030450.
- CENEX/Mediterranean Market, 1000 W. 23rd Street, Lawrence, Kansas 66046. This burglary occurred on July 26, 2024, and is associated to LPD Case No. L24039774.

[**Investigative Note**: *COLE also had an active arrest warrant(s) through Lawrence Municipal Court for minor traffic related offenses*.]

Following the identification of COLE at KFC, LPD officers and detectives, along with TFO Padilla and TFO Salmon responded to KFC to apprehend COLE. Upon law enforcements arrival, COLE observed law enforcement arriving on scene and retreated inside KFC. LPD officers began providing COLE with verbal commands to place his hands in the air and to exit the business. COLE complied with the officer's commands and was apprehended without

incident. TFO Padilla observed COLE's tattoos on his left lower arm being consistent to the skin/markings seen in the Cenex Quick Stop surveillance footage.



On September 9th, 2024, LPD officers, LPD detectives, and members of the FBI executed an authorized Douglas County Kansas search warrant of COLE and McCallister's residence, located at 849 W. 22nd Terrace in Lawrence, Kansas. During the search of the residence, Officers located a single pair of blue/white HyFlex gloves, several black hair bonnets, a pair of black Nike Jordan shoes, a black/red Nike shoe, a white Kansas University facemask, marijuana, and a safe. The articles of clothing were believed to be utilized in the burglaries. The blue/white HyFlex gloves were believed to be utilized in the burglaries and the robbery of the Bank of America.







On September 9th, 2024, TFO Padilla and TFO Salmon conducted a recorded interview with COLE at the LPD inside of interview room, #117. TFO Salmon read COLE his *Miranda rights* and Cole agreed to speak to investigators.

TFO Padilla and TFO Salmon introduced the burglary investigation at Wingstop, to include photographs captured from surveillance footage. COLE confirmed the subject in the surveillance footage to be him. COLE confirmed he entered the business with a "stick" for protection. COLE did attempt to obtain United States currency and food items. COLE admitted he was attempting to obtain United States currency due to personal financial struggles, in addition to his mother needing financial support for her current health situation.

TFO Padilla and TFO Salmon introduced the burglary investigation at the Cenex Quick Stop located at 1000 W. 23rd Street Lawrence, Kansas. TFO Padilla and TFO Salmon showed COLE a photograph from surveillance footage from the burglary of the Cenex Quick Stop.

14

COLE did not deny being involved in the Cenex Quick Stop burglary. TFO Padilla explained that nobody got hurt and that no money was taken. COLE stated, "If I got some money, I wouldn't be sitting here with y'all. I'd probably be gone." 1

TFO Padilla and TFO Salmon introduced the robbery of the Bank of America located at 900 Ohio Street, Lawrence, Kansas, that occurred on July 2, 2024. TFO Padilla and TFO Salmon informed COLE that they had spoken with several witnesses to the crime and obtained surveillance video in and around the bank location. COLE did not deny conducting the bank robbery of the Bank of America located at 900 Ohio Street Lawrence, Kansas. COLE stated, "Man, I didn't get no money, I would have been gone." COLE then stated, "I got a few dollars, it was a blooper." COLE explained if he would have received more money, he would have been in Mexico. TFO Salmon told COLE, "it wasn't what you thought it would be." COLE replied, "Shit. I didn't know what I was gonna get. I honestly didn't." TFO Salmon asked COLE if he trashed the clothing items and gloves from the bank robbery, and COLE replied, "Basically."

TFO Padilla and TFO Salmon pointed out to COLE that he was seen through video surveillance wearing gloves consistent to "HyFlex" gloves in all three crimes he committed. COLE stated the gloves could be purchased through his previous employer Berry Plastic (Lawrence, Kansas) and/or from a local hardware business. COLE did confirm with TFO Padilla and TFO Salmon that he was employed with Berry Plastic in Lawrence, Kansas, and was fired.

COLE stated to TFO Padilla and TFO Salmon that in all three incidents, he did not intend to harm anyone. COLE appeared remorseful and showed empathy/emotion and even broke

---

1 *Wingstop burglary (June 7, 2024), and Cenex Quick Stop burglary (July 26, 2024) investigations are being prosecuted through the Douglas County, Kansas, District Attorney's Office. State offenses: KSA 21-5807 (Burglary - 2 Counts).*

down and began to cry over the actions he had committed while in the interview with TFO Padilla and TFO Salmon.

The United States currency, belonging to and in the care, custody, control, management, and possession of Bank of America, located at 900 Ohio Street, Lawrence, Kansas, a bank, the deposits of which are insured by the Federal Deposit Insurance Corporation (FDIC). The estimated loss in United States currency taken from the bank is $2,112.00.

WHEREFORE, based upon the forgoing, the undersigned respectfully submits that there is probable cause to charge, by complaint, Alfonzo Cole with Bank Robbery, in violation of Title 18, United States Code, Section 2113(a).

FURTHER THE AFFIANT SAITH NAUGHT.

_____
Corey Stulce
Special Agent
Federal Bureau of Investigation

Sworn to and attested by affiant via telephone after being submitted to me by reliable electronic means on September 11, 2024, in Kansas City, Kansas.

_____
HONORABLE TERESA J. JAMES
United States Magistrate Judge

# PENALTIES

**Count 1: 18 U.S.C. § 2113(a)**
      **Bank Robbery**

- Punishable by a term of imprisonment of not more than twenty (20) years. 18 U.S.C. § 2113(a).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).