AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ALFONZO COLE | ) | Case No. 24-mj-08177-TJJ |
| | ) | |
| Defendant | ) | |

**RECEIVED** By US MARSHALS SERVICE at 3:00 pm, Sep 11, 2024

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Alfonzo Cole,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2113(a)

Date: 09/11/2024

*Issuing officer's signature*

City and state: Kansas City, Kansas

Teresa J. James, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 09/11/2024, and the person was arrested on *(date)* 09/18/2024
at *(city and state)* LAWRENCE, KS.

Date: 09/18/2024

*Arresting officer's signature*

COREY STALCE / SA
*Printed name and title*